SLIP OPINION

Cite as 2016 Ark. 91

# SUPREME COURT OF ARKANSAS

No. D-16-131

| | |
|---|---|
| IN RE JACK W. GILLEAN,<br>ARKANSAS BAR NO. 83073<br><div align="right">PETITIONER</div> | **Opinion Delivered** March 3, 2016<br><br>PETITION FOR VOLUNTARY<br>SURRENDER OF LAW LICENSE<br><br><br><br><u>GRANTED</u>. |

**PER CURIAM**

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of probable disbarment proceedings, of the license of Jack W. Gillean of Hot Springs in Garland County, Arkansas, to practice law in the State of Arkansas. Mr. Gillean was convicted of six counts of commercial burglary by a Faulkner County jury in March 2014. The convictions were subsequently affirmed by our court of appeals. In his petition to voluntarily surrender his law license, filed with this court on February 11, 2016, Mr. Gillean acknowledged the felony convictions and stated that he wished to avoid the expense, stress, and publicity of disbarment proceedings. The name of Jack W. Gillean shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in the State of Arkansas.

It is so ordered.